No. 204, Misc.  VALYKEO v. WEST VIRGINIA; and

No. 227, Misc.  TAYLOR v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL. Motions for leave to file petitions for writs of mandamus denied.

No. 222, Misc.  VAN NEWKIRK v. NEW YORK ET AL. Application denied.

No. 427.  FRANKLIN NATIONAL BANK OF FRANKLIN SQUARE v. NEW YORK.  Appeal from the Court of Appeals of New York. Probable jurisdiction noted. *Sidney Friedman, F. Gloyd Awalt* and *Samuel O. Clark, Jr.* for appellant. *Acting Solicitor General Stern* filed a memorandum for the United States and *Peter Keber* filed a brief for the New York State Bankers Association, as *amici curiae,* supporting the statement of appellant as to jurisdiction.

No. 423.  BENTSEN ET AL. v. BLACKWELL ET AL.  C. A. 5th Cir.  Certiorari granted. *Paul A. Porter* and *Milton V. Freeman* for petitioners. *Garland F. Smith* for respondents. *Acting Solicitor General Stern, William H. Timbers* and *Alexander Cohen* filed a memorandum for the Securities and Exchange Commission, as *amicus curiae.*

No. 289.  REED ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied. *Victor E. Cappa* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *J. F. Bishop* for the United States.